United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>           Plaintiff,<br><br>    v.<br><br>CALIS, et al.,<br><br>           Defendants. | Case No. 21-cv-05187-JST<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; VACATING PRIOR BRIEFING SCHEDULE**<br><br>Re: ECF No. 18 |

Good cause being shown, defendants Godinez, Hatton, Thomas, Sanchez, Swearengin, and Aguilera's request for an extension of time to file their dispositive motion is GRANTED. ECF No. 18. The prior briefing schedule is VACATED. Defendants Godinez, Hatton, Thomas, Sanchez, Swearengin, and Aguilera shall file their dispositive motion by September 12, 2022. Plaintiff's opposition to their dispositive motion must be filed with the Court and served upon defendants Godinez, Hatton, Thomas, Sanchez, Swearengin, and Aguilera no later than 28 days from the date the motion is filed. Defendants Godinez, Hatton, Thomas, Sanchez, Swearengin, and Aguilera shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

Defendant Calis has not yet been served. The Court will set a briefing schedule for defendant Calis after he appears in this action or after the United States Marshals Service files proof of service.

/ / /

/ / /

/ / /

This order terminates ECF No. 18.

**IT IS SO ORDERED.**

Dated: June 15, 2022

_____
JON S. TIGAR
United States District Judge